# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:18-CR- |
| | ) | |
| v. | ) | (J.     ) |
| | ) | |
| PAUL NICHOLAS, III | ) | (Electronically Filed) |
| Defendant. | ) | |

## INFORMATION

**THE U.S. ATTORNEY CHARGES:**

### COUNT 1

Felon in Possession of a Firearm
(18 U.S.C. § 922(g))

On or about February 3, 2018, in Enola, PA, within the Middle District of Pennsylvania, the defendant,

**PAUL NICHOLAS, III**

having been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly possess in and affecting interstate commerce, firearms; to wit:

1) an Aero Precision, Model X15, .223 caliber AR - type firearm, Serial #XO20325, loaded with 15 rounds of .223 caliber ammunition,

2) a Stag Arms, Model Stag-15, 5.56 NATO rifle, Serial #162787, and

3) a Sig Sauer, Model P220 Elite, .45 caliber pistol, Serial #37A031401,

said firearms having been shipped and transported in interstate commerce.

All in violation of Title 18, U. S. Code, Section 922(g)(1).

DAVID J. FREED
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF PA

_____
Kim Douglas Daniel
Assistant U.S. Attorney

Date: 7/24/18