IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL NO. 1:18-CR-0244-01
:
v. :
:
PAUL NICHOLAS, III

P L E A

AND NOW, this 13th day of August, 2018, the defendant, PAUL NICHOLAS, III, hereby pleads Guilty to the charges as set forth in the 1-Count Information.

_____
(Signature of Defendant)

_____
(Signature of Counsel)